**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-15-8070-PCT-DLR |
|---|---|
| Plaintiff, | |
| v. | **DETENTION ORDER** |
| Levato Grey, | |
| Defendant. | |

On August 25, 2015, defendant, Levato Grey, appeared before this Court on a recommendation made by the Pretrial Services Officer to revoke conditions of release. The Court considered the information provided to the Court, and the arguments of counsel, in determining whether the defendant should be released on conditions set by the Court.

The Court finds, by clear and convincing evidence, that the defendant has violated the conditions of release and that there is no condition or combination of conditions available to the Court. 18 U.S.C. § 3148(b).

IT IS THEREFORE ORDERED that defendant be detained pending further proceedings.

Dated this 25th day of August, 2015.

_____
David K. Duncan
United States Magistrate Judge